IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Akielah, Maha | Case Number: 04 B 46774 |
|---|---|---|
| | Akileh, Imad H | Judge: Hollis, Pamela S |
| | Printed: 3/4/08 | Filed: 12/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 7, 2008
Confirmed: February 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,105.00 | |
| Secured: | | 26,761.00 |
| Unsecured: | | 2,027.97 |
| Priority: | | 0.00 |
| Administrative: | | 2,114.40 |
| Trustee Fee: | | 1,572.14 |
| Other Funds: | | 2,629.49 |
| Totals: | 35,105.00 | 35,105.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,114.40 | 2,114.40 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 1,156.65 | 1,156.65 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 10,491.79 | 10,491.79 |
| 5. | General Motors Acceptance Corp | Secured | 15,112.56 | 15,112.56 |
| 6. | Premier Bankcard | Unsecured | 116.75 | 466.98 |
| 7. | General Motors Acceptance Corp | Unsecured | 198.77 | 795.09 |
| 8. | Jefferson Capital | Unsecured | 191.48 | 765.90 |
| 9. | AT&T Broadband | Unsecured | | No Claim Filed |
| 10. | Chase Mastercard/Visa | Unsecured | | No Claim Filed |
| 11. | Christ Hospital | Unsecured | | No Claim Filed |
| 12. | St Francis | Unsecured | | No Claim Filed |
| 13. | Providian Bancorp | Unsecured | | No Claim Filed |
| 14. | Providian Bancorp | Unsecured | | No Claim Filed |
| 15. | Palos Community Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,382.40 | $ 30,903.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 200.60 |
| 3% | 90.27 |
| 5.5% | 496.48 |
| 5% | 150.47 |
| 4.8% | 288.86 |
| 5.4% | 345.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Akielah, Maha<br>Akileh, Imad H<br>Printed: 3/4/08 | Case Number: 04 B 46774<br>Judge: Hollis, Pamela S<br>Filed: 12/21/04 |

$ 1,572.14

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

